IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 OCT -6 PM 3:56
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,
Plaintiff,

-vs-

(1) CHRISTINE ANN CRAIGHEAD,
Defendant.

CAUSE NO.:
A-17-CR-00088-SS

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 5, 2017, wherein the defendant Christine Ann Craighead waived appearance before this Court and appeared before the United States Magistrate Judge Mark Lane for the taking of a felony guilty plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty and the plea agreement be accepted by the undersigned, and noting no opposition by defendant Christine Ann Craighead to the Report and Recommendation, the Court enters the following order:

IT IS THEREFORE ORDERED that the defendant Christine Ann Craighead's plea of guilty to Count 14 is accepted, but the Court reserves acceptance of the plea agreement until the sentencing hearing.

SIGNED this the 6th day of October 2017.

_____
Sam Sparks
UNITED STATES DISTRICT JUDGE